BRYAN SCHRODER
United States Attorney

FRANK V. RUSSO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: Frank.Russo@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) No. |
|---|---|
| Plaintiff, | ) COUNT 1: |
| | ) FALSE STATEMENTS |
| vs. | ) Vio. of 18 U.S.C. § 1001(a)(2) |
| PETER V. WILSON, | ) |
| Defendant. | ) |

I N D I C T M E N T

The Grand Jury charges that:

COUNT 1

On or about September 13, 2018, within the District of Alaska, the defendant,

PETER V. WILSON, did willfully and knowingly make a materially false, fictitious, and

fraudulent statement and representation, as set forth below, in a matter within the

jurisdiction of the Federal Bureau of Investigation, a part of the executive branch of the Government of the United States.

## False Statements

a. WILSON stated that he never used a four-wheeler at any time on September 6, 2018, when in fact, as WILSON then and there knew, he had used a four-wheeler beginning at approximately 5:20 pm on September 6, 2018;

b. WILSON stated that he had never seen Ashley Johnson-Barr before, when in fact, as WILSON then and there knew, he had met her on numerous occasions;

c. WILSON stated that he found Ashley Johnson-Barr's cellular telephone on the ground by the NANA Building near the intersection of Second and Third Avenue in Kotzebue when in fact, as WILSON then and there knew, he had taken it directly from Ashley herself; and

d. WILSON stated that, while he had Ashley Johnson-Barr's cellular telephone, it did not light up and he did not see her name on the cellphone, when in fact, as WILSON then and there knew, the cellular telephone had been lighting up and ringing, and Ashley Johnson Barr's name appeared on the phone when it was activated.

All of which is in violation of 18 U.S.C. § 1001(a)(2).

A TRUE BILL.

                                                  s/ Grad Jury Foreperson
                                                  GRAND JURY FOREPERSON

s/ Frank V. Russo
FRANK V. RUSSO
United States of America
Assistant U.S. Attorney

s/ E. Bryan Wilson for
BRYAN SCHRODER
United States of America
United States Attorney

DATE:     9/19/18