AO 442 (Rev. 11/11) Arrest Warrant

RECEIVED SEP 24 2018 CLERK, U.S. DISTRICT COURT ANCHORAGE, A.K.

RECEIVED SEP 21 2018 United States Marshals Service District of Alaska

# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs. | ) Case Number: 3:18-CR-00114-TMB-MMS |
| PETER WILSON | ) |
| *Defendant* | ) |

USMS-D/ALASKA-WARRANTS
FID# 10692126
WARRANT # 1806-0921-0923-J
Entered NCIC NO
Entered APSIN
Removed NCIC
Removed APSIN

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* PETER WILSON,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

4803

18:1001(a)(2) FALSE STATEMENTS – Count 1

Date: September 20, 2018

By *[signature]* Bindi Kappler, Deputy Clerk
*Issuing officer's signature*

City and state: Anchorage, Alaska

Lesley K. Allen, District Court Executive/Clerk of Court
*Printed name and title*

---

### Return

This warrant was received on *(date)* 9/21/2018, and the person was arrested on *(date)* 9/21/2018
at *(city and state)* Anchorage, AK.

Date: 9/21/2018

*[signature]*
*Arresting officer's signature*

DUSM B. BARNES
*Printed name and title*