BRYAN SCHRODER
United States Attorney
FRANK V. RUSSO
KAREN VANDERGAW
Assistant U.S. Attorneys

Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: frank.russo@usdoj.gov
Email: karen.vandergaw@usdoj.gov

Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>PETER VANCE WILSON,<br><br>　　　　　　　　Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) No. 3:18-cr-00114-TMB-MMS |

**UNOPPOSED MOTION TO COMPEL AND DISCLOSE DATA**

　　　　The United States of America, by and through undersigned counsel, respectfully files this motion to move this Court to order and allow disclosure of the data underlying the sealed forensic evaluation dated June 6, 2019, pursuant to 18 U.S.C. § 4241. The forensic evaluator cannot disclose the data without a court order. The State of Alaska

charged Peter Vance Wilson in 2KB-18-00689CR with homicide offenses arising out of the events relating to the charges in the current Federal indictment before this Court. The data underlying the forensic evaluation is relevant information for the state prosecutor, state defense attorney, and any additional competency experts. This data is necessary for the parties and any additional experts to review before proceeding in this matter.

The United States further moves this Court to compel this data and allow disclosure pursuant to the protective order applicable to the forensic evaluation.

RESPECTFULLY SUBMITTED July 15, 2019, in Anchorage, AK.

BRYAN SCHRODER
UNITED STATES ATTORNEY

*/s/ Karen Vandergaw*
KAREN VANDERGAW
Assistant United States Attorney

CERTIFICATE OF SERVICE
I hereby certify that on July 15, 2019,
A copy of the foregoing was served via email on:

Rich Curtner – Federal Public Defender

s/*Karen Vandergaw*
KAREN VANDERGAW
Assistant United States Attorney